**CROWN PAPER LIQUIDATING TRUST, Plaintiff—Appellant,**

v.

**PRICEWATERHOUSECOOPERS LLP; et al., Defendants—Appellees.**

**Crown Paper Liquidating Trust, Plaintiff—Appellant,**

v.

**Pricewaterhousecoopers LLP; et al., Defendants,**

**and**

**Houlihan Lokey Howard & Zukin; et al., Defendants—Appellees.**

**Crown Paper Liquidating Trust, Plaintiff—Appellee,**

v.

**Clifford Cutchins; et al., Defendants—Appellants,**

**and**

**Pricewaterhousecoopers LLP, f/k/a Coopers & Lybrand; et al., Defendants.**

**Nos. 04–16597, 05–15469, 05–15751, 05–15775.**

United States Court of Appeals, Ninth Circuit.

Argued and Submitted July 25, 2006.

Filed Aug. 9, 2006.

Allan Steyer, ESQ., Edward Egan, ESQ., Steyer Lowenthal Boodrookas Alvarez & Smith, LLP, San Francisco, CA, Leo R. Beus, ESQ., Richard R. Thomas, ESQ., Malcolm Loeb, Beus Gilbert, PLLC, Scottsdale, AZ, for Appellant.

Laurence A. Weiss, ESQ, Hilary E. Ware, ESQ., Heller Ehrman, LLP, Scott A. Fink, G. Charles Neirlich, ESQ., Sierra Brandis, ESQ., Gibson Dunn & Crutcher, LLP, Blaine Green, Bruce A. Ericson, ESQ., Pillbury Winthrop Shaw Pittman LLP, Kristin L. Myles, ESQ., Rohit K. Singla, ESQ., Munger Tolles & Olson, LLP, Benjamin Riley, ESQ., Howrey Simon, Et Al., LLP, Courtney Nguyen, ESQ., Cooley Godward, LLP, Loren Kieve, ESQ., Quinn Emanuel Urquhart Oliver & Hedges, LLP, Stephen D. Hibbard, ESQ., David P. Chiapetta, ESQ., Elizabeth Ybarra Crean, Bingham Mccutchen, LLP, Stan G. Roman, ESQ., James C. Krieg, ESQ., Krieg Keller Sloan Reilley & Roman, LLP, San Francisco, CA, Brad D. Brian, ESQ., Brooks E. Allen, ESQ., Munger Tolles & Olson, LLP, William Urquhart, ESQ., Thad A. Davis, ESQ., Scott L. Watson, ESQ., Quinn Emanuel Urquhart

Oliver & Hedges, LLP, Joseph F. Coyne, ESQ., Michelle Sherman, ESQ., Sheppard Mullin, Et Al., LLP, Linda J. Smith, ESQ., James Michael Pearl, Kenyon Woolley, ESQ., O'Melveny & Myers, LLP, Los Angeles, CA, George B. Curtis, ESQ., Gibson, Dunn & Crutcher, Denver, CO, Kenneth A. O'brien, Jr., Edward B. Fitzpatrick, ESQ., Georgia–Pacific, Atlanta, GA, for Defendants–Appellees.

Allan Steyer, ESQ., Steyer Lowenthal Boodrookas Alvarez & Smith, LLP, San Francisco, CA, Leo R. Beus, ESQ., Malcolm Loeb, ESQ., Beus Gilbert, PLLC, Timothy J. Paris, ESQ., Steyer Lowenthal Boodrookas Alvarez & Smith LLP, Scottsdale, AZ, for Appellant.

Michael L. Rugen, ESQ., Heller Ehrman, LLP, Scott A. Fink, Gibson Dunn & Crutcher, LLP, Bruce A. Ericson, ESQ., Pillsbury Winthrop Shaw Pittman, LLP, Rohit K. Singla, ESQ., Munger Tolles & Olson, LLP, Benjamin Riley, ESQ., Howrey Simon, Et Al., LLP, James C. Krieg, ESQ., Krieg Keller Sloan Reilley & Roman, LLP, David P. Chiappetta, ESQ., Bingham Mccutchen, LLP, San Francisco, CA, Brad D. Brian, ESQ., Kristin L. Myles, ESQ., Munger Tolles & Olson, LLP, A. William Urquhart, ESQ., Loren Kieve, ESQ., Quinn Emanuel Urquhart Oliver & Hedges, LLP, Joseph F. Coyne, ESQ., Michelle Sherman, ESQ., Sheppard Mullin, Et Al., LLP, Linda J. Smith, ESQ., James Michael Pearl, O'Melveny & Myers, LLP, Los Angeles, CA, Kenneth A. O'brien, Jr., Edward B. Fitzpatrick, ESQ., Georgia–Pacific, Atlanta, GA, George B. Curtis, ESQ., Gibson, Dunn & Crutcher, Denver, CO, for Defendants–Appellees.

Allan Steyer, ESQ., Edward Egan, ESQ., Steyer Lowenthal Boodrookas Alvarez & Smith, LLP, San Francisco, CA, Leo R. Beus, ESQ., Malcolm Loeb, ESQ., Beus Gilbert, PLLC, Timothy J. Paris, ESQ., Steyer Lowenthal Boodrookas Alvarez & Smith LLP, Scottsdale, AZ, for Appellee

Michael L. Rugen, ESQ., Laurence A. Weiss, ESQ., Hilary E. Ware, ESQ., Heller Ehrman, LLP, Scott A. Fink, G. Charles Neirlich, ESQ., Sierra Brandis, ESQ., Gibson Dunn & Crutcher, LLP, Blaine Green, Bruce A. Ericson, ESQ., Pillsbury Winthrop Shaw Pittman, LLP, Rohit K. Singla, ESQ., Munger Tolles & Olson, LLP, Benjamin K. Riley, Courtney Nguyen, ESQ., Cooley Godward, LLP, Loren Kieve, ESQ., Stephen D. Hibbard, ESQ., David P. Chiapetta, ESQ., Elizabeth Ybarra Crean, Bingham Mccutchen, LLP, James C. Krieg, ESQ., Krieg Keller Sloan Reilley & Roman, LLP, San Francisco, CA, Linda J. Smith, ESQ., James Michael Pearl, Kenyon Woolley, ESQ., O'Melveny & Myers, LLP, Brad D. Brian, ESQ., Brooks E. Allen, ESQ., Kristin L. Myles, ESQ., Munger Tolles & Olson, LLP, William Urquhart, ESQ., Thad A. Davis, ESQ., Scott L. Watson, ESQ., Quinn Emanuel Urquhart Oliver & Hedges, LLP, Joseph F. Coyne, ESQ., Michelle Sherman, ESQ., Sheppard Mullin, Et Al., LLP, Los Angeles, CA, Edward B. Fitzpatrick, ESQ., Georgia–Pacific, Atlanta, GA, George B. Curtis, ESQ., Gibson, Dunn & Crutcher, Denver, CO, for Defendants–Appellants.

Before: T.G. NELSON, SILVERMAN, and RAWLINSON, Circuit Judges.

## ORDER *

We affirm for the reasons set forth in the well-reasoned district court orders

---

filed on September 25, 2003, July 12, 2004, March 28, 2005 and March 30, 2005, in this consolidated appeal.

**AFFIRMED.**

---

[*] This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.